IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

*Plaintiff*,

vs.

U.S. DEPARTMENT OF JUSTICE, et al.,

*Defendants*.

Case No. 25-cv-2597-TSC

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Democracy Forward Foundation ("DFF") respectfully moves this Court for summary judgment as to the issue of expedited processing of DFF's requests under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") to Defendants U.S. Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI") for records pertaining to the Trump Administration's handling of the Jeffrey Epstein case and case files. As detailed in DFF's accompanying Memorandum in Support of Plaintiff's Motion, summary judgment is appropriate here because there are no genuine issues of material fact as to DFF's entitlement to expedited processing under 28 C.F.R. § 16.5(e)(1)(iv).

Dated: August 11, 2025                 Respectfully submitted,

                                           /s/ *Daniel A. McGrath*

Daniel A. McGrath
(D.C. Bar No. 1531723)
Amy C. Vickery*
(*pro hac vice forthcoming)
Robin F. Thurston
(D.C. Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
avickery@democracyforward.org
rthurston@democracyforward.org

## **CERTIFICATE OF SERVICE**

I, Daniel A. McGrath, certify that I filed the foregoing and its attachments with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Contemporaneously with filing, undersigned counsel is sending copies of this motion and attachments to the U.S. Department of Justice by electronic mail and through courier and U.S. mail.

/s/ Daniel A. McGrath
Counsel for Plaintiffs