## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,
P.O. Box 34553
Washington, D.C. 20043,

*Plaintiff*,

vs.

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530

FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Avenue, NW
Washington, DC 20535

*Defendants*.

Case No. 25-cv-2597

## FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF

Plaintiff Democracy Forward Foundation ("DFF") brings this action against Defendants U.S. Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff alleges as follows:

### Jurisdiction and Venue

1.     This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.     Venue is proper under 28 U.S.C. § 1391(e), as Defendants' headquarters are located in Washington, D.C., within this district, and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred here.

## Parties

3.      Plaintiff DFF is a not-for-profit organization incorporated under the laws of the District of Columbia and based in Washington, D.C. Plaintiff works to promote transparency and accountability in government, in part, by educating the public on government actions and policies.

4.      Defendant DOJ is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. DOJ has possession, custody, and control of records to which Plaintiff seeks access.

5.      Defendant FBI is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. FBI has possession, custody, and control of records to which Plaintiff seeks access.

## Facts

### The Trump Administration's Handling of the "Epstein Files"

6.      On July 6, 2019, hedge-fund manager Jeffrey Epstein was arrested on federal charges related to sex trafficking.[1]

7.      The unsealed indictment alleged that between 2002 and 2005, Epstein recruited dozens of underage girls to his residences in New York City and Palm Beach, Florida for sexual acts in exchange for money, and often paid them to recruit additional minors to engage in similar sex acts for money.[2]

---

[1] *See* Margaret Talbot, *The Judicial System Finally Catches up to Jeffrey Epstein*, The New Yorker (Jul. 10, 2019), https://www.newyorker.com/news/daily-comment/the-judicial-system-finally-catches-up-to-jeffrey-epstein.

[2] *See* Press Release, U.S. Attorney's Off. for the S. Dist. of N.Y., *Jeffrey Epstein Charged in Manhattan Federal Court with Sex Trafficking of Minors*, U.S. Dep't of Just. (Jul. 8, 2019), https://www.justice.gov/usao-sdny/pr/jeffrey-epstein-charged-manhattan-federal-court-sex-trafficking-minors.

8.      Epstein pled not guilty but died by suicide in jail on August 10, 2019.[3]

9.      On August 29, 2019, the indictment against Epstein was dismissed in light of his death.[4]

10.     On December 29, 2021, Epstein's ex-girlfriend, Ghislaine Maxwell, was convicted of conspiring with Epstein to traffic girls for sex[5] and is currently serving a 20-year sentence in federal prison.[6]

11.     In January 2024, unsealed court documents disclosed the names of dozens of powerful men with alleged connections to Epstein, including President Donald J. Trump, British Royal Prince Andrew, former President Bill Clinton, lawyer Alan Dershowitz, and others.[7]

12.     This and other information raise persistent questions about what the government uncovered during the years of investigation into Epstein's criminal activity. Accordingly, there is

---

[3] *See* Sarah N. Lynch, *Disgraced money manager Jeffrey Epstein dead in apparent suicide*, Reuters (Aug. 10, 2019), https://www.reuters.com/article/world/disgraced-money-manager-jeffrey-epstein-dead-in-apparent-suicide-idUSKCN1V00GZ/; *see also* Press Release, DOJ Off. of the Inspector Gen., *DOJ OIG Releases Report on the BOP's Custody, Care, and Supervision of Jeffrey Epstein at the Metropolitan Correctional Center in New York, New York* (June 27, 2023), https://oig.justice.gov/news/doj-oig-releases-report-bops-custody-care-and-supervision-jeffrey-epstein-metropolitan.

[4] *See* U.S. Atty's Off. for the S. Dist. of N.Y., *United States v. Jeffrey Epstein, 19 Cr. 490 (RMB) – Victim-Witness Services*, U.S. Dep't of Just., https://www.justice.gov/usao-sdny/programs/victim-witness-services/united-states-v-jeffrey-epstein-19-cr-490-rmb (last visited Aug. 1, 2025).

[5] Luc Cohen et al., *Ghislaine Maxwell Convicted of Recruiting Teenage Girls for Epstein Sex Abuse*, Reuters (Dec. 30, 2021), https://www.reuters.com/world/us/maxwell-jury-resume-deliberations-after-judge-warns-omicron-risk-2021-12-29/.

[6] Luc Cohen et al., *Ghislaine Maxwell sentenced to 20 years for 'horrific' sex trafficking*, Reuters (June 28, 2022), https://www.reuters.com/legal/government/ghislaine-maxwell-be-sentenced-sex-trafficking-conviction-2022-06-28/.

[7] Brian Mann, *Court documents reveal names of powerful men allegedly linked to Jeffrey Epstein*, NPR (Jan. 4, 2024), https://thepublicsradio.org/npr/court-documents-reveal-names-of-powerful-men-allegedly-linked-to-jeffrey-epstein-77.

broad-based public pressure for the government to release that information by disclosing records that are often referred to as the "Epstein files."[8]

13.    There is widespread public speculation that the Epstein files contain a roster of powerful clients to whom Epstein trafficked underaged girls. This list has become known as the "Epstein list" or the "client list."[9]

14.    Giving credence to this theory, in 2024, then Presidential candidate Trump said in an interview that as President, he would "probably" release the "Epstein list":

> [Interviewer]: It's just very strange for a lot of people, that the list of clients that went to [Epstein's private] island has not been made public.
>
> [Then Presidential candidate Trump]: It's very interesting, isn't it? It probably will be, by the way, probably.[10]

15.    Following President Trump's reelection and Inauguration, when asked in a televised interview on February 21, 2025, whether DOJ would "really" "be releasing the list of

---

[8] *See e.g.*, Nik Popli, *These House Republicans Want All of the Epstein Files Released*, TIME (Jul. 21, 2025), https://time.com/7304138/epstein-files-house-republicans/; Chantelle Lee, *Democratic Congressman Introduces Resolution Demanding Trump Release Epstein Files: 'I'm Very Concerned About the Way They Handled This Case*," TIME (Jul. 14, 2025), https://time.com/7302296/jeffrey-epstein-files-trump-marc-veasey;
Kenneal Patterson, *Trump Savages MAGA 'Lunatics' Demanding More Epstein Files*, The Daily Beast (Jul. 19, 2025), https://www.thedailybeast.com/trump-savages-lunatics-demanding-epstein-files-release/; Jordana Comiter, *What Are the Epstein Files? Everything to Know About the Classified Documents Related to Jeffrey Epstein's Criminal History*, People (Jul. 30, 2025), https://people.com/what-are-the-epstein-files-11781622.
[9] *See* Devlin Barrett et al., *What to Know About the Epstein Files, a Perfect Recipe for Conspiracy Theories*, N.Y. Times (Jul. 28, 2025), https://www.nytimes.com/article/jeffrey-epstein-files-trump.html.
[10] Lex Fridman, *Transcript for Donald Trump Interview*, at 44:59-45:13 (Sept. 3, 2024), https://lexfridman.com/donald-trump-transcript#chapter16_jeffrey_epstein.

Jeffrey Epstein's clients," Attorney General Pam Bondi replied: "It's sitting on my desk right now to review. That's been a directive by President Trump."[11]

16.    Days after Attorney General Bondi publicly stated the Epstein client list was "sitting on [her] desk" for review, DOJ released "[t]he first phase of declassified [Epstein] files," which contained no "client list," but rather—by DOJ's own characterization—comprised mostly materials that were already publicly available.[12]

17.    Media outlets report that what ensued over the next few months was a "frantic scouring" of the Epstein files by the FBI and DOJ, for among other things, any references to President Trump.[13]

18.    A team of FBI employees was reportedly tasked with redacting references to President Trump in the files and found "numerous references."[14]

19.    Media outlets further report that this review was largely completed by mid-April and that shortly thereafter, Attorney General Bondi briefed President Trump that his name appeared in the Epstein files.[15]

---

[11] Haley Chi-Sing, *Bondi says Epstein client list 'sitting on my desk right now,' and is reviewing JFK, MLK files*, FOX News (Feb. 21, 2025), https://www.foxnews.com/politics/bondi-says-epstein-client-list-sitting-my-desk-right-now-reviewing-jfk-mlk-files.

[12] Press Release, U.S. Dep't of Just., *Attorney General Pamela Bondi Releases First Phase of Declassified Epstein Files* (Feb. 27, 2025), https://www.justice.gov/opa/pr/attorney-general-pamela-bondi-releases-first-phase-declassified-epstein-files (stating "[t]he first phase of declassified files largely contains documents that have been previously leaked but never released in a formal capacity by the U.S. Government").

[13] Adam Goldman et al., *How a Frantic Scouring of the Epstein Files Consumed the Justice Dept.*, N.Y. Times (Jul. 24, 2025), https://www.nytimes.com/2025/07/24/us/politics/epstein-files-trump-bondi-justice-department-fbi.html.

[14] *See* Jason Leopold, *FBI Redacted Trump's Name in Epstein Files for Privacy Reasons*, Bloomberg (Aug. 1, 2025), https://www.bloomberg.com/news/articles/2025-08-01/fbi-redacted-president-donald-trump-s-name-in-the-epstein-files.

[15] *See, e.g.*, Sadie Gurman et al., *Justice Department Told Trump in May That His Name Is Among Many in the Epstein Files*, Wall Street Journal (Jul. 23, 2025), https://www.wsj.com/politics/justice-department-told-trump-name-in-epstein-files-

20.     On July 7, 2025, the DOJ and FBI issued a memo concluding review of the Epstein files for additional disclosures. The memo stated that after "systematic review" of the Epstein files there was "no incriminating 'client list'" or "evidence that could predicate an investigation against uncharged third parties." The memo stated that "no further disclosure" of information regarding Epstein "would be appropriate or warranted."[16]

21.     On July 17, 2025, *The Wall Street Journal* reported that President Trump had sent Epstein a "bawdy" letter in 2003 for his 50th birthday that included a sketch of a naked woman and an opaque reference to secrets they shared.[17]

22.     *The Wall Street Journal* article contained a quote that Mr. Trump gave to *New York Magazine* for a 2002 profile of Epstein:

> I've known Jeff for fifteen years. Terrific guy. He's a lot of fun to be with. It is even said that he likes beautiful women as much as I do, and many of them are on the younger side.[18]

23.     President Trump is suing *The Wall Street Journal* for libel over this reporting.[19]

24.     On July 23, *The Wall Street Journal* further reported—for the first time—that Attorney General Bondi had informed President Trump in May that his name was in the Epstein files.[20]

---

727a8038?mod=author_content_page_1_pos_1; Maggie Haberman et al., *Attorney General Told Trump His Name Appeared in Epstein Files*, N.Y. Times (Jul. 23, 2025), https://www.nytimes.com/2025/07/23/us/politics/trump-epstein-files-named.html.
[16] FBI Memo, July 2025, U.S. Dep't of Just.
https://www.justice.gov/opa/media/1407001/dl?inline (last visited Aug. 1, 2025).
[17] Khadeeja Safdar et al., *Jeffrey Epstein's Friends Sent Him Bawdy Letters for a 50th Birthday Album. One Was From Donald Trump*, Wall St. J. (Jul. 17, 2025), https://www.wsj.com/politics/trump-jeffrey-epstein-birthday-letter-we-have-certain-things-in-common.
[18] *Id.*
[19] Nandita Bose et al., *Trump sues Wall Street Journal over Epstein report, seeks $10 billion*, Reuters (Jul. 19, 2025), https://www.reuters.com/world/us/trump-sues-wall-street-journal-over-epstein-report-seeks-10-billion-2025-07-19.
[20] Gurman, *supra* note 15.

6

25.     On July 24 and 25, 2025, despite DOJ and the FBI publicly concluding review of the Epstein files via the July 7 memo, Deputy Attorney General Todd Blanche met with Epstein's currently incarcerated co-conspirator Ghislaine Maxwell at the U.S. Attorney's Office in Tallahassee, Florida.[21]

26.     Media outlets report that DOJ granted Maxwell limited immunity to talk "freely" with Deputy Attorney General Blanche during the two days of interviews.[22]

27.     On August 1, 2025, the Trump Administration transferred Maxwell to a lower security prison in Texas.[23]

28.     President Trump has repeatedly refused to rule out granting clemency to Maxwell.[24]

29.     Since the Inauguration, the media has frequently reported on President Trump's reversal in position regarding the Epstein files, apparent conflicts of interest, and a corresponding erosion of public trust.[25]

---

[21] Andrew Skerritt et al., *Epstein associate Ghislaine Maxwell to meet with deputy attorney general again today*, Wash. Post (Jul. 25, 2025), https://www.washingtonpost.com/national-security/2025/07/24/justice-todd-blanche-epstein-ghislaine-maxwell-trump/.

[22] *See, e.g.*, Aaron Katersky et al., *Ghislaine Maxwell Received Limited Immunity During Meetings with Deputy Attorney General: Sources*, ABC News (Jul. 25, 2025), https://abcnews.go.com/US/deputy-ag-blanche-set-meet-2nd-day-ghislaine/story?id=124064062.

[23] Solcyré Burga, *Sex Trafficker Ghislaine Maxwell Moved to Minimum Security Prison a Week After Meeting With Trump DOJ*, TIME (Aug. 1, 2025), https://time.com/7306977/ghislaine-maxwell-epstein-prison-texas.

[24] *See, e.g.*, Brian Bennett, *Trump: Ghislane Maxwell Pardon 'Inappropriate' to Talk About 'Right Now,'* TIME (Jul. 28, 2025), https://time.com/7305903/donald-trump-ghislane-maxwell-pardon; Sarah Ewall-Wice, *Ghislaine Handed DOJ 100 Names in Shameless Pardon Quid Pro Quo*, Daily Beast (Jul. 26, 2025), https://www.thedailybeast.com/ghislaine-handed-doj-100-names-in-brazen-pardon-quid-pro-quo.

[25] *See, e.g.*, MSNBC, *Trump Hedges on Declassifying Epstein Files*, (Jun. 6, 2024), https://www.youtube.com/shorts/ZJorAVgHy7Y; Aaron Blake, "*Timeline suggests Trump team changed its tune on Epstein files after Trump was told he was in them*," CNN (Jul. 24, 2025), https://www.cnn.com/2025/07/24/politics/trump-epstein-files-pivot-timeline; *DOJ faces credibility questions as it investigates Jeffrey Epstein*, NPR (Jul. 25, 2025), https://www.whro.org/2025-07-25/doj-faces-credibility-questions-as-it-investigates-jeffrey-epstein; Philip Rotner, *Why the Huge Conflicts of Interest Among Trump's Epstein Team Matter*,

**DFF's FOIA Requests**

30.     To shed light on the Trump Administration's handling of the Epstein matter, DFF submitted several FOIA requests to the DOJ and FBI seeking senior Administration officials' communications regarding the Epstein matter, including those regarding correspondence between President Trump and Epstein, as well as records concerning agency review of the Epstein matter.

31.     In connection with each FOIA request (described in detail *infra*), on July 28, 2025, DFF submitted a request for expedited processing, along with copies of its FOIA requests, directly to DOJ's: (1) Mail Referral Unit ("MRU"); (2) Office of Information Policy ("OIP")[26]; (3) Executive Office for U.S. Attorneys ("EOUSA"); (4) Criminal Division ("CRM"); and (5) the FBI. Exhibit ("Ex.") 1.

32.     In filing these requests, DFF argued expedition is justified: (1) under 28 C.F.R. § 16.5(e)(1)(iv), because DFF's FOIA requests concern a "matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence"; and (2) under 5 U.S.C. § 552(a)(6)(E)(v)(II), because there is an urgency to inform the public concerning actual or alleged Federal Government activity.

_____

The Bulwark (Jul. 25, 2025), https://www.thebulwark.com/p/why-the-huge-conflicts-of-interest-trump-epstein-lawyers-bondi-blanche-ghislaine-maxwell; *63% of Voters Disapprove of The Trump Administration's Handling Of The Jeffrey Epstein Files*, Quinnipiac University National Poll (Jul. 16, 2025), https://poll.qu.edu/poll-release?releaseid=3928; David Morgan, *Epstein furor undermines public trust, Republican election hopes, two US lawmakers say*, Reuters (Jul. 27, 2025), https://www.reuters.com/world/us/epstein-furor-undermines-public-trust-republican-election-hopes-two-us-lawmakers-2025-07-28/; Chris Cameron, *Trump Really Wants to Stop Talking About Epstein: A Timeline*, N.Y. Times (Jul. 23, 2025), https://www.nytimes.com/2025/07/23/us/politics/trump-epstein-distraction-timeline.html; Hady Mawajdeh et al., *Why doesn't Donald Trump want to release the Epstein Files?*, Vox (Jul. 17, 2025), https://www.vox.com/today-explained-podcast/419905/jeffrey-epstein-files-client-list-donald-trump-pam-bondi.

[26] DFF submitted its requests for expedited processing to OIP because OIP handles requests for the records of the Offices of the Attorney General and Deputy Attorney General, which DFF determined likely to have records responsive to the attached requests, and because it handles requests to the Office of Public Affairs, which is involved in expedited processing determinations.

33.     Regarding 28 C.F.R. § 16.5(e)(1)(iv), DFF's requests for expedited processing included more than forty articles on the Trump Administration's handling of the Epstein matter—the topic of DFF's FOIA requests—demonstrating that DFF's FOIA requests concern a matter attracting widespread and exceptional media interest. These articles also demonstrate that there exist possible questions about the government's integrity that affect public confidence arising from the Administration's handling of the Epstein matter.[27] Ex. 1.

34.     Regarding 5 U.S.C. § 552(a)(6)(E)(v)(II), DFF's requests for expedited processing stated that there is not only an extraordinary need to inform the public about the Trump Administration's handling of the Epstein matter, but there is also a current exigency in light of pending governmental decisions that could occur in short order. Ex. 1.

35.     Specifically, President Trump has repeatedly refused to rule out granting clemency to Epstein's co-conspirator Ghislane Maxwell,[28] and Deputy Attorney General Todd Blanche granted Maxwell limited immunity in recent discussions with DOJ.[29] Taken together, DOJ may take action with respect to Maxwell's case in a manner that cannot be altered and that could permanently impact Maxwell's willingness to publicly disclose information on the government's handling of the Epstein matter as well as the government's decisions whether to disclose Epstein-related information.

36.     DFF further certified its primary engagement in disseminating information, citing numerous news articles in which records obtained by DFF under public records laws have been used to inform the public.

---

[27] *Supra* note 25.
[28] Bennett, *supra* note 24.
[29] Katersky, *supra* note 22.

37.    On August 7, 2025, DOJ's OIP denied DFF's requests for expedited processing under 5 U.S.C. § 552(a)(6)(E)(v)(II). OIP informed DFF that its requests for expedited processing under 28 C.F.R. § 16.5(e)(1)(iv) are "still pending."

38.    Also on August 7, 2025, DFF followed up with DOJ and the FBI to reiterate its requests for expedited processing, and to provide evidence of continued, additional media coverage of the Trump Administration's handling of the Epstein matter. On August 8, 2025, CRM responded to this follow-up to state that DFF's requests for expedited processing are still pending; on August 11, MRU responded that DFF's follow up request had been forwarded for processing.

39.    DFF has received no further determination regarding its requests for expedited processing.

*DOJ Attorney General's Review Request*

40.    On July 25, 2025, DFF sent a request to DOJ for the following:

1. All materials prepared or compiled by DOJ officials for Attorney General Bondi's review regarding the [Jeffrey] Epstein matter.

2. All briefing materials (such as memoranda, talking points, or emails summarizing key information) prepared for Attorney General Bondi for her meetings with President Trump regarding the [Jeffrey] Epstein matter, including her May 2025 meeting at the White House.

Ex. 1.

41.    Part (1) of the request sought records compiled or prepared from January 20, 2025, until the date of the search. Part (2) of the request sought records compiled or prepared from March 15, 2025 to May 30, 2025.

42.    On July 29, 2025, DOJ's MRU acknowledged this request and assigned it tracking number EMRUFOIA072525-6. MRU noted that it had referred this request to the following DOJ components: (1) OIP; (2) EOUSA; and (3) the FBI.

10

43.     On July 31, 2025, EOUSA acknowledged this request and assigned it tracking number EOUSA-2025-005365.

44.     On August 1, 2025, EOUSA clarified that it had assessed it does not maintain the information sought by this request and therefore had rerouted this request to OIP.

45.     On August 7, 2025, OIP acknowledged this request and assigned it tracking number FOIA-2025-06131.

46.     DFF has received no further communication regarding this request.

*DOJ Senior Leadership Communications Request*

47.     On July 25, 2025, DFF sent a request to DOJ for the following:

1.   All records reflecting communications (including emails, email attachments, complete email chains, calendar invitations, calendar invitation attachments, text messages or messages on messaging platforms, including Slack and Microsoft Teams, and summaries of oral communications) of (a) the DOJ officials below regarding (b) the [Jeffrey] Epstein matter, including records reflecting correspondence between Trump and Epstein.

    DOJ Officials:
    I.      Attorney General Pam Bondi
    II.     Deputy Attorney General Todd Blanche
    III.    Anyone serving as Associate Attorney General or Acting Associate Attorney General
    IV.     Chief of Staff Chad Mizelle
    V.      Anyone serving as Advisor or Senior Advisor to the Attorney General
    VI.     Anyone serving as Chief of Staff to the Deputy Attorney General
    VII.    Anyone serving as Advisor or Senior Advisor to the Deputy Attorney General

2.   All email communications (including email messages, complete email chains, email attachments, calendar invitations) sent by the DOJ officials included in Item 1 containing any of the key terms listed below.

    Key Terms:
    I.      "Client List"

      II.      Epstein
      III.    "Flight Logs"
      IV.    "Ghislaine Maxwell"
      V.     Whistleblower

Ex. 1.

48.     This request sought all records from January 20, 2025, until the date of the search.

49.     On July 29, 2025, DOJ's MRU acknowledged this request and assigned it tracking number EMRUFOIA072525-7. MRU noted that it had referred this request to the following DOJ components: (1) OIP; (2) EOUSA; and (3) the FBI.

50.     On July 31, 2025, EOUSA acknowledged this request and assigned it tracking number EOUSA-2025-005366.

51.     On August 1, 2025, EOUSA clarified that it had assessed it does not maintain the information sought by this request and therefore had rerouted this request to OIP.

52.     On August 7, 2025, OIP acknowledged this request and assigned it tracking number FOIA-2025-06130.

53.     DFF has received no further communication regarding this request.

*FBI Senior Leadership Communications Request*

54.     On July 25, 2025, DFF sent a request to the FBI for the following:

1.   All records reflecting communications (including emails, email attachments, complete email chains, calendar invitations, calendar invitation attachments, text messages or messages on messaging platforms, including Slack and Microsoft Teams, and summaries of oral communications) of [(a)] the FBI officials below regarding (b) the [Jeffrey] Epstein matter, including records reflecting correspondence between Trump and Epstein.

    FBI Officials:
      I.      Director Kash Patel
      II.     Deputy Director Dan Bongino
      III.    Associate Deputy Director J. William Rivers
      IV.    Anyone serving as Chief of Staff to the Director

       V.      Anyone serving as Advisor or Senior Advisor to the Director

      VI.     Anyone serving as Chief of Staff to the Deputy Director

     VII.    Anyone serving as Advisor or Senior Advisor to the Deputy Director

2. All email communications (including email messages, complete email chains, email attachments, calendar invitations) sent by the FBI officials included in Item 1 containing any of the key terms listed below.

Key Terms:

      I.      "Client List"

     II.     Epstein

    III.    "Flight Logs"

    IV.    "Ghislaine Maxwell"

     V.      Whistleblower

Ex. 1.

55.     This request sought all records from January 20, 2025 until the date of the search.

56.     On July 25, 2025, DFF received an automatic email from the FBI acknowledging receipt of this request. On August 13, 2025, the FBI acknowledged this request and assigned it tracking number 1676989-000. The FBI informed DFF that "unusual circumstances" would delay the FBI's ability to make a determination on DFF's request within FOIA's deadline of 20 working days.

57.     DFF has received no further communication regarding this request.

*FBI Records Review Request*

58.     On July 25, 2025, DFF sent a request to the FBI for the following:

1. All directives, guidance, and instructions provided from (a) agency political appointees or other leadership to (b) agency personnel designated to the Information Management Division to assist with the Epstein-related records review between March 14, 2025 and March 30, 2025, including "flagging" any reference to President Trump in the records.

2. Records reflecting all staff assigned to review Epstein-related records, such as a list of agent names; calendar entries of participants, or email including email addresses reflecting those staff.

3. All records reflecting all mentions of President Trump within the Epstein-related records review that took place between March 14, 2025 and March 30, 2025.

Ex. 1.

59.     This request sought all records from March 14, 2025 until the date of the search.

60.     On July 25, 2025, DFF received an automatic email from the FBI acknowledging receipt of this request.

61.     DFF has received no further communication regarding this request.

*Communications between DOJ and FBI Request (Defendants DOJ, FBI)*

62.     On July 25, 2025, DFF sent an identical FOIA request separately to DOJ and the FBI asking that each respectively produce the following:

1. All records reflecting communications (including emails, email attachments, complete email chains, calendar invitations, calendar invitation attachments, text messages or messages on messaging platforms, including Slack and Microsoft Teams, and summaries of oral communications) between or among (a) any of the DOJ officials below and (b) any of the FBI officials below, regarding the Jeffery Epstein matter, including records reflecting correspondence between Trump and Epstein.

   DOJ Officials:
   I.     Attorney General Pam Bondi
   II.    Deputy Attorney General Todd Blanche
   III.   Anyone serving as Associate Attorney General or Acting Associate Attorney General
   IV.    Chief of Staff Chad Mizelle
   V.     Anyone serving as Advisor or Senior Advisor to the Attorney General
   VI.    Anyone serving as Chief of Staff to the Deputy Attorney General
   VII.   Anyone serving as Advisor or Senior Advisor to the Deputy Attorney General

FBI Officials:
    I.     Director Kash Patel
    II.    Deputy Director Dan Bongino
    III.   Associate Deputy Director J. William Rivers
    IV.   Anyone serving as Chief of Staff to the Director
    V.    Anyone serving as Advisor or Senior Advisor to the Director

2. All records reflecting communications (including emails, email attachments, complete email chains, calendar invitations, calendar invitation attachments, text messages or messages on messaging platforms, including Slack and Microsoft Teams, and summaries of oral communications) between (a) any of the DOJ or FBI officials below and (b) White House Press Secretary Karoline Leavitt, including any @who.eop.gov email address associated with her, regarding the Jeffrey Epstein matter, including records reflecting correspondence between Trump and Epstein.

DOJ/FBI Officials:
    I.     Attorney General Pam Bondi
    II.    Deputy Attorney General Todd Blanche
    III.   Anyone serving as Associate Attorney General or Acting Associate Attorney General
    IV.   Chief of Staff Chad Mizelle
    V.    Anyone serving as Advisor or Senior Advisor to the Attorney General
    VI.   Anyone serving as Chief of Staff to the Deputy Attorney General
    VII.  Anyone serving as Advisor or Senior Advisor to the Deputy Attorney General
    VIII. Director Kash Patel
    IX.   Deputy Director Dan Bongino
    X.    Associate Deputy Director J. William Rivers
    XI.   Anyone serving as Chief of Staff to the Director
    XII.  Anyone serving as Advisor or Senior Advisor to the Director

Ex. 1.

63. This request sought all records from January 20, 2025, until the date of the search.

64. On July 25, 2025, DFF received an automatic email from the FBI acknowledging receipt of this request.

15

65.     On July 29, 2025, DOJ's MRU acknowledged this request and assigned it tracking number EMRUFOIA072525-8. MRU referred this request to the following DOJ components: (1) OIP; (2) EOUSA; and (3) the FBI.

66.     On July 31, 2025, EOUSA acknowledged this request and assigned it tracking number EOUSA-2025-005367.

67.     On August 1, 2025, EOUSA clarified that it had assessed it does not maintain the information sought by this request and therefore had rerouted this request to OIP and the FBI.

68.     On August 7, 2025, OIP acknowledged this request and assigned it tracking number FOIA-2025-06129.

68.69.  On August 13, 2025, the FBI acknowledged this request and assigned it tracking number 1676988-000. The FBI informed DFF that "unusual circumstances" would delay the FBI's ability to make a determination on DFF's request within FOIA's deadline of 20 working days.

69.70.  DFF has received no further communication regarding this request.

*Communications between Trump and Epstein Request (Defendants DOJ, FBI)*

70.71.  On July 28, 2025, DFF sent an identical FOIA request separately to MRU, OIP, EOUSA, CRM, and the FBI asking that each respectively produce the following on an expedited basis:

> All records reflecting all correspondence between Donald J. Trump and Jeffrey Epstein.
>
> Ex. 2.

71.72.  This request sought all records from January 1, 1990 until the date of the search. The request noted public reporting indicating that responsive records have likely been reviewed

since January 20, 2025, including in March 2025.[30]

72.73.   On July 28, 2025, EOUSA acknowledged receipt of DFF's request and assigned it tracking number EOUSA-2025-005320.

73.74.   On July 29, 2025, EOUSA informed DFF that it had assigned DFF's request to the "complex track" for processing and was extending the time limit to respond due to "unusual circumstances."

74.75.   On August 1, 2025, MRU acknowledged this request and assigned it tracking number EMRUFOIA072825-8. MRU noted that it had referred this request to the following DOJ components: (1) OIP; (2) EOUSA; and (3) the FBI.

75.76.   On August 7, 2025, OIP acknowledged receipt of DFF's request and assigned it tracking number FOIA-2025-06100.

77.      On August 8, 2025, CRM acknowledged DFF's request and assigned it tracking number CRM-302323701.

76.78.   On August 13, 2025, the FBI acknowledged this request and assigned it tracking number 1677025-000.

77.79.   DFF has received no further communication regarding this request.

*Exhaustion of Administrative Remedies*

78.80.   An agency must respond to a request for expedited processing of a FOIA request within 10 calendar days after the date of the request. 5 U.S.C. § 552(a)(6)(E)(ii)(I). An agency's denial or failure to timely respond to a request for expedited processing is subject to judicial review. *Id.* § 552(a)(6)(E)(iii).

---

[30] *See, e.g.*, Nnamdi Egwuonwu, *FBI Personnel Were Told to Flag Epstein Files Mentioning Trump, Senate Democrat Says*, NBC News (Jul. 18, 2025), https://www.nbcnews.com/politics/congress/fbi-personnel-jeffrey-epstein-files-mentioning-trump-dick-durbin-says-rcna219699.

81.    DFF requested expedited processing for each FOIA request described herein on July 28, 2025. As of the date of the Complaint, Defendants have failed to notify DFF of determinations regarding DFF's requests for expedited processing and have failed to grant expedited processing.[31] Through Defendant's failure to grant expedited processing, DFF has constructively exhausted administrative remedies and those failures are subject to judicial review.

82.    An agency must determine within 20 working days, or within 30 working days in "unusual circumstances," after receipt of a records request whether to comply with the request and notify the requester of that determination. 5 U.S.C. § 552(a)(6)(A)(i), (B)(i). An agency's failure to timely respond to a records request is subject to judicial review. *Id.* § 552(a)(6)(C)(i).

79.83.    DFF submitted the FOIA requests described herein on July 25 and 28, 2025. As of the date of this Amended Complaint, Defendants have failed to notify DFF of determinations regarding these requests. Through Defendants' failure to respond, DFF has constructively exhausted administrative remedies on these requests and those failures are subject to judicial review.

## **CLAIM FOR RELIEF**

### **Count 1 (Violation of FOIA, 5 U.S.C. § 552, Failure to Grant Expedited Processing)**

1.    Plaintiff incorporates by reference the foregoing paragraphs as though fully set forth herein.

2.    By failing to grant Plaintiff's requests for expedited processing on Plaintiff's FOIA requests concerning matters of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence, 28 C.F.R.

---

[31] As noted, one DOJ component, OIP, has denied DFF's requests for expedited processing in part; the remainder of DFF's expedition requests to OIP are "still pending."

pea

ti

o

§ 16.5(e)(1)(iv), and national urgent need to inform the public, 5 U.S.C. § 552(a)(6)(E)(iii), Defendants have violated FOIA.

**Count 2 (Violation of FOIA, 5 U.S.C. § 552, Failure to Produce Nonexempt Responsive Records)**

1.     Plaintiff incorporates by reference the foregoing paragraphs as though fully set forth herein.

2.     By failing to respond to Plaintiff's records requests with determinations within the statutorily mandated time period, Defendants have violated their duties under 5 U.S.C. § 552, including but not limited to, their duties to conduct a reasonable search for responsive records, to take reasonable steps to release all nonexempt information, and to not withhold responsive records.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff requests that this Court:

1.   Order Defendants to grant Plaintiff's requests for expedited processing and to process Plaintiff's FOIA requests on an expedited basis by providing Plaintiff with a determination and production of non-exempt portions of the requested records as soon as practicable;

2.   Order Defendants to conduct adequate searches for any and all responsive records to Plaintiff's FOIA requests using search methods reasonably calculated to lead to discovery of all responsive records;

3.   Order Defendants to produce, by a date certain, any and all non-exempt responsive records and a *Vaughn* index of any responsive records withheld under a claim of exemption; .

~~1.~~4.   Enjoin Defendants from continuing to withhold any and all non-exempt responsive records;

~~2.~~5.   Award Plaintiff its costs, attorneys' fees, and other disbursements for this action; and

~~3.~~6.   Grant any other relief this Court deems appropriate.

Dated: ~~August 8~~October 1, 2025                    Respectfully submitted,

_/s/ Daniel A. McGrath_

Daniel A. McGrath
(D.C. Bar No. 1531723)
Amy C. Vickery*
(*admitted pro hac vice~~)~~
~~forthcoming)~~
Robin F. Thurston
(D.C. Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
avickery@democracyforward.org
rthurston@democracyforward.org