IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

*Plaintiff*,

vs.

U.S. DEPARTMENT OF JUSTICE, et al.,

*Defendants*.

Case No. 25-cv-2597-TSC

**NOTICE OF RECENT DEVELOPMENTS HEIGHTENING
URGENCY FOR EXPEDITED COURT CONSIDERATION**

Plaintiff Democracy Forward Foundation ("DFF") writes to alert this Court to recent developments that heighten the need for expedited court consideration of DFF's pending motion for summary judgment seeking expedited processing of Freedom of Information Act ("FOIA") requests concerning the Trump Administration's handling of the Epstein case and its files. *See* ECF No. 4.

Plaintiff moved for, and this Court granted, expedited consideration of Plaintiff's summary judgment motion seeking expedited processing of its FOIA requests. Motion to Expedite, ECF No. 6; Minute Order, August 13, 2025. Developments in recent days have added to the "special public interest" warranting a prompt resolution of Plaintiff's motion. *See* ECF No. 6 at 3.

*First*, two days ago, on November 10, 2025, it was publicly reported that whistleblower files provided to members of Congress showed that Jeffrey Epstein co-conspirator Ghislane

Maxwell is preparing a commutation application to be reviewed by the Trump administration.[1] This development bears directly on the urgent need for the public to obtain prompt access to the information sought in Plaintiff's FOIA requests. One of the key questions of governmental integrity raised by this matter is whether the President is considering clemency or leniency for Maxwell to serve personal or political interests and to cabin the impact of the Administration's failure to release the Epstein files by preventing or disincentivizing Maxwell from sharing information in other formats. ECF No. 4-1 at 6-8. *Second*, today an email was released—obtained by members of Congress—that underscores the potential that Maxwell could be granted clemency for this exact purpose. This email concretely indicates that Maxwell likely has information about President Trump's association with Jeffrey Epstein and the victims of his criminal conspiracy. In the 2011 message, Epstein wrote to Maxwell:

> "i want you to realize that that dog that hasn't barked is trump. [Redacted Victim's name] spent hours at my house with him. he has never once been mentioned. police chief, etc. im 75% there."

Exhibit 1.[2]

These recent developments indicate that Maxwell both (1) has information that could give the Trump Administration a strong incentive to commute her sentence to serve the President's personal and political interests, and (2) that such clemency is now actively being sought. These developments add to the public interest in prompt resolution of this FOIA matter so that the public may have access to critical information before an irreversible grant of clemency is made to an

---

[1] *See* Haley Fuchs, *Ghislaine Maxwell to seek commutation, document indicates*, Politico (Nov. 10, 2025), https://www.politico.com/news/2025/11/10/ghislaine-maxwell-seek-commutation-document-00644139.

[2] Jeffrey Epstein Emails, U.S. House Oversight Committee Democrats, Nov. 12, 2025, https://oversightdemocrats.house.gov/sites/evo-subsites/democrats-oversight.house.gov/files/evo-media-document/3-emails_redacted.pdf.

individual convicted of a sex trafficking conspiracy with numerous child victims. *See* ECF No. 4-1 at 2.  Members of Congress also underscore the public's urgent need for access to this information.[3]

Dated: November 12, 2025

Respectfully submitted,

/s/ *Daniel A. McGrath*

Daniel A. McGrath
(D.C. Bar No. 1531723)
Amy C. Vickery*
(*admitted pro hac vice)
Robin F. Thurston
(D.C. Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
avickery@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

---

[3] *See, e.g.*, Scott Wong, *Bipartisan duo expects to secure signatures Wednesday to force a vote to release Epstein files*, NBC News (Nov. 12, 2025), https://www.nbcnews.com/politics/congress/bipartisan-duo-expects-signatures-wednesday-force-vote-release-epstein-rcna231405.

# Exhibit 1

| | |
|---|---|
| From: | Gmax [gmax1@ellmax.com] |
| Sent: | 4/2/2011 7:09:39 PM |
| To: | jeevacation@gmail.com |
| Subject: | Re: |

Importance:   High

I have been thinking about that...

----- Original Message -----
From: Jeffrey Epstein <jeevacation@gmail.com>
To: Gmax
Sent: Sat Apr 02 14:25:45 2011
Subject:

i want you to realize that that dog that hasn't barked is trump.. VICTIM spent hours at my house with him ,, he has never once been mentioned.   police chief. etc.   im 75 % there

--
***********************************************************

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

From:  J [jeevacation@gmail.com]
Sent:  1/31/2019 10:47:52 PM
To:    Michael Wolff [████████████]

████████ **VICTIM** ████ mara lago. ████████████████████████. trump said he asked me to resign,  never a member  ever. .  of course he knew about the girls as he asked ghislaine to stop
--
    please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

| | |
|---|---|
| From: | Michael Wolff [▮] |
| Sent: | 12/16/2015 4:26:32 PM |
| To: | jeffrey E. [jeevacation@gmail.com] |
| Subject: | Re: Heads up |
| Importance: | High |

I think you should let him hang himself. If he says he hasn't been on the plane or to the house, then that gives you a valuable PR and political currency. You can hang him in a way that potentially generates a positive benefit for you, or, if it really looks like he could win, you could save him, generating a debt. Of course, it is possible that, when asked, he'll say Jeffrey is a great guy and has gotten a raw deal and is a victim of political correctness, which is to be outlawed in a Trump regime.

On Tue, Dec 15, 2015 at 11:52 PM, jeffrey E. <jeevacation@gmail.com> wrote:
> if we were able to craft an answer for him,  what do you think it should be?
>
> On Tue, Dec 15, 2015 at 8:00 PM, Michael Wolff <▮> wrote:
>> I hear CNN planning to ask Trump tonight about his relationship with you--either on air or in scrum afterwards.

--
       please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

## **CERTIFICATE OF SERVICE**

I, Daniel A. McGrath, certify that I filed the foregoing and its attachments with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

/s/ Daniel A. McGrath
Counsel for Plaintiffs