UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMOCRACY FORWARD FOUNDATION,**<br><br>       Plaintiff,<br><br>    v.<br><br>**DEPARTMENT OF JUSTICE**, *et al.*,<br><br>       Defendants. | No. 25-cv-2597 (TSC) |

### ORDER

For the reasons explained in the accompanying Memorandum Opinion, ECF No. 17, Democracy Forward's Motion for Summary Judgment, ECF No. 4, is **GRANTED IN PART** and **DENIED IN PART**. Defendants the Department of Justice and the Federal Bureau of Investigation are hereby **ORDERED** to expedite processing of Democracy Forward's July 25, 2025, and July 28, 2025, FOIA requests, except with respect to the overbroad search terms "whistleblower" and "flight logs."

    SO ORDERED.

Date: November 24, 2025

                                                *Tanya S. Chutkan*
                                                TANYA S. CHUTKAN
                                                United States District Judge