UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEMOCRACY FORWARD FOUNDATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 25-cv-2597 (TSC) |
| DEPARTMENT OF JUSTICE, et al., | | |
| Defendants. | | |

**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO AMEND**

Plaintiff writes to inform the Court that it withdraws its October 1, 2025, motion for leave to amend its complaint. Mot. for Leave, ECF No. 15. The original complaint in this matter alleged that Defendants had improperly failed to expedite processing of Plaintiff's Freedom of Information Act ("FOIA") requests related to the handling of the Epstein matter case files. Compl., ECF No. 1. The proposed amended complaint attached to Plaintiff's withdrawn motion for leave to amend added a count alleging that Defendants failed to comply with statutory deadlines for releasing all non-exempt portions of records Plaintiff sought. Redline of Proposed Amended Complaint, ECF No. 15-1.

On November 24, 2025, the Court entered summary judgment on the original complaint within this matter. Order on Summ. J., ECF No. 18. The Court ordered that Defendants expedite processing of nearly all aspects of Plaintiff's requests. *Id.*

Defendants have represented to Plaintiff that they believe the Court lacks subject matter jurisdiction to grant the motion for leave to amend Plaintiff's complaint after granting the motion for summary judgment, even though Defendants did not oppose the motion for leave to amend

1

when it was filed. Defendants acknowledge, however, that Plaintiff could sue for full compliance with the FOIA requests at issue in this matter with a newly filed complaint. Joint Status Report, ECF No. 19.

To avoid any delay created by extended consideration of whether the Court continues to retain jurisdiction to consider Plaintiff's motion for leave to amend its complaint and subsequent supervision of Defendants' processing of Plaintiff's FOIA requests, Plaintiff withdraws its motion for leave to amend this complaint. Plaintiff will pursue a new action to ensure that Defendants produce the non-exempt portions of the records requested in this matter.

Dated: December 8, 2025                     Respectfully submitted,

                                            /s/Daniel A. McGrath
                                            DANIEL A. MCGRATH (D.C. Bar No. 1531723
                                            AMY C. VICKERY* (admitted pro hac vice)
                                            ROBIN F. THURSTON (D.C. Bar No. 7268942)
                                            Democracy Forward Foundation
                                            PO Box 34553
                                            Washington, DC 20043
                                            (202) 448-9090
                                            avickery@democracyforward.org
                                            dmcgrath@democracyforward.org
                                            rthurston@democracryforward.org

                                            *Counsel for Plaintiff*